Appeal No. 79-422. ROITMAN AND SON, INC. *v.* WILLIAM I. CRAUSMAN. The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

Mr. Justice Doris did not participate. *Anthony F. Muri,* for plaintiff, *William I. Crausman,* pro se, for defendant.

December 28, 1979.

M. P. No. 79-507. PAUL DINOBILE *et al. v.* ALBERT TAMBURRI *et al.* The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Thomas W. Pearlman,* for petitioners, *Gunning, LaFazia & Gnys, Inc., Guy J. Wells,* for respondents.

M. P. No. 79-337. RHODE ISLAND BAR ASSOCIATION *v.* BENEDICT BADER, ESQUIRE AND ALLEN E. ERICKSON, ESQUIRE. This matter is before the Court on an order to Benedict Bader and Allen E. Erickson to show cause why they should not be suspended from the practice of law for failure to pay dues to the Rhode Island Bar Association. Benedict Bader and Allen E. Erickson failed to appear before the Court on December 3, 1979 as directed by the order to show cause.

If Benedict Bader and Allen E. Erickson have not paid dues in full within 30 days from the issuance of this order, they, having failed to show cause before this Court, shall not engage in the practice law in this State nor be employed by a person, firm or corporation engaged in the practice of law in this State until the dues have been paid in full and we have acted favorably on a petition for reinstatement.

Mr. Justice Doris did not participate. *Daniel J. Murray,* for petitioner.

C. A. No. 77-433. STATE *v.* JAMES CARVALHO. The petition to reargue is denied.

Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *James P. Renaldo,* Special Assistant Attorney General, for plaintiff-respondent, *Samuel A. Olevson,* for defendant-petitioner.